■ Esther B. Panaro, Individually and as Executrix of Martin Panaro, Deceased, Respondent, v Faxton Hospital, Appellant. — Order unanimously reversed, without costs, and motion denied. Memorandum: Plaintiff's moving papers allege that counsel's default in proceeding before the medical malprac-

tice panel was occasioned by the press of other business. This constitutes nothing more than a law office failure and is insufficient to warrant relief (see *Migliaccio v Phoenix Ins. Co.,* 91 AD2d 821; *Beermont Corp. v Yager,* 34 AD2d 589; see, also, *Barasch v Micucci,* 49 NY2d 594, 600). (Appeal from order of Supreme Court, Oneida County, McLaughlin, J. — vacate order dismissing complaint.) Present — Simons, J. P., Hancock, Jr., Callahan, Moule and Schnepp, JJ.